**ORIGINAL**

FILED

05/16/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0278

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 24-0278

IN RE THE MARRIAGE OF:

TASHA SQUILLACIOTTI,

     Petitioner and Appellee,

and

BRIAN SQUILLACIOTTI,

    Defendant and Appellant.

FILED

MAY 1 6 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

**ORDER**

Appellant has filed a motion for extension to file his opening brief in the matter. Appellant does not indicate whether this motion is opposed or unopposed.

IT IS HEREBY ORDERED that the motion is GRANTED. Appellant has until July 8, 2024, to prepare, file, and serve his opening brief.

No further extensions will be granted unless Appellant advises to the Court as to whether the motion is opposed or unopposed.

DATED this /<u>6th</u> day of May, 2024.

For the Court,

_____
Chief Justice